No. 114. HOLT ET AL. *v.* RALEIGH CITY BOARD OF EDUCATION. C. A. 4th Cir. Certiorari denied. *Herman L. Taylor, Samuel S. Mitchell* and *James R. Walker, Jr.* for petitioners. *J. C. B. Ehringhaus, Jr.* for respondent. *Malcolm B. Seawell,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for the State of North Carolina, as *amicus curiae,* in support of respondent.

No. 123. HOSHMAN, TUTRIX, *v.* ESSO STANDARD OIL Co. C. A. 5th Cir. Certiorari denied. *Warren E. Miller* and *H. Alva Brumfield* for petitioner. *Einar B. Paust* for respondent.

No. 125. DOUBLE EAGLE REFINING CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 10th Cir. Certiorari denied. *Josh Lee* and *John Ogden* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *P. B. Morehouse* for respondent.

No. 128. OSTHEIMER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Bernard V. Lentz* and *Herbert W. Reisner* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Myron C. Baum* for the United States. *Orrie P. Stevens* for the National Association of Life Underwriters, as *amicus curiae,* in support of the petition.

No. 134. ALBAUGH *v.* ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William A. Albaugh,* petitioner, *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.